FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

PD-1171-15

PD-1171-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/8/2015 1:52:21 PM
Accepted 9/14/2015 10:45:33 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

| | | |
|---|---|---|
| **JUSTIN SANDERS** | § | |
| | § | |
| **V.** | § | **CASE NO. 06-14-00079-CR** |
| | § | |
| **STATE OF TEXAS** | § | |

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

The Appellant in the above-captioned case, through the undersigned attorney of record, moves the Court for an extension of time in which to file his petition for discretionary review pursuant to Rules 68.2(c) and 10.5(b) of the Texas Rules of Appellate Procedure. As grounds therefore, the Appellant would show the Court the following:

1. The Sixth Court of Appeals issued its memorandum opinion and judgment in *Justin Sanders v. State of Texas*, No. 06-14-00079-CR, on August 12, 2015. No motion for rehearing or en banc reconsideration was filed. Therefore, Appellant's petition for discretionary review is due September 11, 2015.

2. The Appellant is requesting an additional 30 days, or until October 12, 2015, to file his petition for discretionary review.

3. The undersigned counsel was retained last week to represent the Appellant in filing a petition for discretionary review. Counsel did not represent the Appellant in

the court of appeals. Rather, the Appellant was represented by court-appointed counsel Craig L. Henry. This case involves a voluminous record and numerous complex legal issues. Therefore, counsel needs additional time to obtain and review the record and research the relevant law. This motion is not made for purposes of delay, but in the interest of justice, to meet counsel's obligations to her client and this Court, and to accomplish the design of this appeal, which is to do substantial justice to Appellant.

4.      No previous extensions have been granted in this matter.

Respectfully submitted,

/s/ *Gena Bunn*

Gena Bunn
State Bar No. 00790323
Holmes & Moore, P.L.L.C.
P.O. Drawer 3267
Longview, Texas 75606
Office No. (903) 758-2200
Facsimile No. (903) 758-7864
Email: gbunn@holmesmoore.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by United States Mail, to Jerry Rochelle, Bowie County District Attorney, Bowie County Plaza, 601 Main Street, Texarkana, Texas 75501, on this the 8th day of September, 2015.

/s/ *Gena Bunn*
Gena Bunn